249 U. S.    Decisions on Petitions for Writs of Certiorari.

Court of Appeals of the District of Columbia denied. *Mr. C. P. Goepel, Mr. J. J. Darlington* and *Mr. J. D. Sullivan* for petitioner. *Mr. Joseph H. Milans* for respondent.

---

No. 897. JAMES F. BISHOP, ADMINISTRATOR, ETC., ET AL. *v.* GREAT LAKES TOWING COMPANY. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry W. Standidge* for petitioners. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry* and *Mr. Ralph F. Potter* for respondent.

---

No. 898. NORTH BRITISH & MERCANTILE INSURANCE COMPANY *v.* H. BAARS & COMPANY. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. Roger Englar* and *Mr. Oscar R. Houston* for petitioner. *Mr. Samuel Pasco* and *Mr. W. H. Watson* for respondent.

---

No. 907. OTTO HIGEL COMPANY, INC., *v.* AUTOPIANO COMPANY. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Wm. F. Hall* for petitioner. *Mr. Louis W. Southgate* for respondent.

---

No. 809. ARKANSAS CENTRAL RAILROAD COMPANY *v.* W. L. GOAD. Error to the Supreme Court of the State of Arkansas. March 31, 1919. Petition for a writ of certiorari herein denied. *Mr. Thomas B. Pryor,* for